**STATE of Utah, Plaintiff
and Respondent,**

v.

**Danny RIVERA, Defendant
and Petitioner.**

Nos. 940232, 930154–CA and 921901639FS.

Supreme Court of Utah.

Feb. 3, 1995.

### ORDER

Prior Report: 871 P.2d 1023.

The petition for Writ of Certiorari is granted.

The Court of Appeals opinion is vacated, and the case is remanded for reconsideration. *State v. Montoya,* 887 P.2d 857 (1994).

/s/  Michael D. Zimmerman
   Michael D. Zimmerman
   Chief Justice